**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HARDBALL BASEBALL ACADEMY, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | <u>**Civil Action No. 4:22-CV-01181**</u> |
| | § | |
| | § | |
| **CAMERON JOHNSON,** | § | |
| *Defendant.* | § | |

---

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

---

Defendant Camerson Johnson ("Defendant") files this Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and would respectfully show the Court the following:

1.     Defendant lists all persons, associations of persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, including any unincorporated entities such as LLCs or LLPs, that are financially interest in the outcome of this litigation, immediately below:

      a.  Hardball Baseball Academy, LLC, Plaintiff herein; and

      b.  Mr. Cameron Johnson, Defendant herein.

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

*/s/Deborah L. Crain*
Deborah L. Crain
SBN: 24067319
SDTX: 1114252
dcrain@kmd.law
Bradley A. Nevills
SBN: 24083561
SDTX No. 1852126
bnevills@kmd.law
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: (713) 936-9620, ext. 111
Fax: (713) 533-8055
***Attorneys for Defendant***
***Cameron Johnson***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of April, 2022, a true and correct copy of the foregoing instrument was served on all parties and counsel of record via the Court's electronic filing system.

*/s/Deborah L. Crain*
Deborah L. Crain