UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARDBALL BASEBALL ACADEMY LLC § § **Plaintiff,** § § v. § § CAMERON JOHNSON § § **Defendant.** § | CIVIL ACTION NO. 4:22-cv-1181 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW Plaintiff Hardball Baseball Academy LLC and submits this certificate listing all persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to it to be financially interested in the outcome of this litigation:

1. Hardball Baseball Academy LLC

    Hardball Baseball Academy LLC ("Hardball") is the Plaintiff and Counter-Defendant in this lawsuit.

2. Richie Beard

    Mr. Beard is the President of Hardball.

3. Jay Aldis
   Gray Reed & McGraw LLP

    Mr. Aldis and Gray Reed are counsel for Hardball.

4. Cameron Johnson

    Mr. Johnson is the Defendant and Counter-Plaintiff in this lawsuit.

5. Deborah L. Crain
   Jamison Walters
   Kearney, McWilliams & Davis, PLLC

4869-9386-6015.1

Ms. Crain, Mr. Walters and Kearney, McWilliams are counsel for Mr. Johnson.

Respectfully submitted,

**GRAY REED & MCGRAW LLP**

By: _____
Jay Aldis
Texas State Bar No. 00785656
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7175
Fax:   (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2022, a copy of the foregoing document was served on counsel for all counsel of record by the Court's electronic filing system.

_____
Jay Aldis

4869-9386-6015.1