UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Hardball Baseball Academy

v.                                        Case Number: 4:22–cv–01181

Cameron Johnson

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
by video

**DATE:** 8/24/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference
Order for Initial Conference – FORM – #2

Date:    June 27, 2022

Nathan Ochsner, Clerk