# Payment/Salary Scale
## Instructors

|  | Training | Intermediate | Advanced | Full-Time*** |
|---|---|---|---|---|
| **1 hour Private** | $18 ~~$32~~ | $25 ~~$38~~ | $27 ~~$42~~ | $30 ~~$45~~ |
| **½ Private** | $9 | $12.50 | $13.50 | $15 |
| **Group** | $22 | $30 | $32 | $35 |
| **Team** | $25 | $30 | $35 | $35 |
| **Classes** | $15-25 | $20-30 | $25-35 | $30-40 |
| **Camps*** | $12-15 | $12-25 | $20-25 | $20-$30 |
|  |  |  |  |  |
| **Additional work**** | $5 | $7 | $7 | $7 |
|  |  |  |  |  |
| **General Managers** | Salary |  |  |  |
|  |  |  |  |  |

*Depends on your roll at the camp.  If you coordinate or conduct a camp then you will be compensated accordingly.

**work that is deemed outside of normal job responsibility and is approved by Hardball Academy.  Some activities will be considered normal job responsibilities.

*** Full time employees will have extra duties.  These extra duties will be communicated verbally as well as with a written job description.

xxxx hourly pay is determined by lesson rate set by HBA

8/1/2005

HBA000095

CONFIDENTIAL

**Table 1**

| Name | | | | | | 2 | | 5 | | 8 | 8 | 9 | | 34 | | 4 | | 5 | | | | | | Total Hours | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 36 | 51 | | | | | 0.5 | | | 8 | 5 | 5 | | | | | | | | | | | 78 | |
| Bowden | 4 | 117 | | | | 0.5 | | | 4 | 5 | | | | | | | | 13 | | | | | 62 | 102 |
| Cathcart | 11 | 6 | | | | | 1 | | | | | | | | | | | | | | | | 111 | 15 |
| Delagarza | 28 | | | | | | | | | | | | | | | | | | | | | | 29 | |
| Hoefler | 28 | 70 | | | | | | | | | | | | | | | | 0.5 | | | | | 61.5 | |
| | | | | | | | | | | | | | | | | | | | | | | | 239.5 | |
| Bolt | | | | | | | | | | | | | | | | | | | | | | | 0 | |
| Bowden | 12 | 70 | | 0.5 | | 0.5 | | | | | | | | | | | | | | | | | 49 | |
| Hoefler | 6 | 11 | | | | | | | | | | | | | | | | | | | | | 14.5 | |
| Hood | 30 | 79 | | 0.5 | | 1 | | | | | | | | | | | | | | | | | 74 | |
| Johnson | 45 | 95 | | | | 4.5 | | | | | | | | | | 2.5 | | 6.5 | | | | | 87 | |
| | | | | | | | | | | | | | | | | | | | | | | | 224.5 | |

**Table 2 — Dec 2021**

| Month | Name | Hour Lessons | 1/2 hour lessons | No Shows | Late/Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (9) | Large Group (?) | 6th Week Late | Spot Lesson | Team | Crisis Hours | Camps | Team Request | Assn w/out hours | Break/PTO | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 2021 | Beard | 44 | | 18 | 1 | | | | | | 31 | | 8 | | | | | | | 83 |
| | Bowden | 3 | 50 | | 2.5 | | 4 | 10 | | | | | 0.5 | 8 | | | | | | | 53.5 |
| | Cathcart | 17 | 118 | 0.5 | 4.5 | 4 | 4 | 8 | 4 | | | | | 21.5 | | | | | | | 117 |
| | Delagarza | 18 | 15 | | | | | | | | | | | | | | | | | | 25.5 |
| | Hoefler | 25 | 73 | 1 | 3.5 | | | | | | | | | | | | | | | | 98 |
| | Bolt | 1 | 79 | | | | | | | | | | | | | | | | | | 246 |
| | Bowden | 8 | 81 | 0.5 | | 4 | | | | | | | | 1 | | | | | | | 51.5 |
| | Hoefler | 15 | 20 | | | | | | | | | | | | | | | | | | 40 |
| | Hood | 36 | 65 | | | | | | | | | | | | | | | | | | 25 |
| | Johnson | 32 | 47 | 0 | 0.5 | | 0.5 | | | | | | | | | | | 2 | | | 67.5 |
| | | | | | | | | | | | | | | | | | | | | | 79 |

**Table 3 — 2021 Totals**

| | Name | Hour Lessons | 1/2 hour lessons | Makeup | No Shows | Late/Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Late | Spot Lesson | Team | Crisis Hours | Camps | Team Request | Assn w/out hours | Break/PTO | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 Totals | Beard | 342 | 0 | 19 | 18 | 10 | 4 | 0 | 8 | 1 | 0 | 343.5 | 8 | 38 | 0 | 0 | 0 | 0 | 0 | 784.5 | 784.5 |
| | Bowden | 114 | 774 | 13 | 8 | 20 | 40 | 52 | 46 | 0 | 9 | 5 | 2 | 35.5 | 5 | 0 | 0 | 0 | 0 | 724.5 | 724.5 |
| | Cathcart | 283 | 1058 | 5 | 1 | 4.5 | 4 | 80 | 88 | 66 | 63 | 63 | 0 | 108 | 10 | 0 | 0 | 0 | 0 | 1258.5 | 1258.5 |
| | Delagarza | 303 | 371 | 0 | 0 | 6 | 0 | 0 | 0 | 2 | 4 | 5 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 515.5 | 515.5 |
| | Hoefler | 304 | 832 | 0 | 19.5 | 25.5 | 0 | 27 | 6 | 0 | 0 | 0 | 1.5 | 13 | 0 | 0 | 0 | 0 | 0 | 812.5 | 812.5 |
| | Bolt | 156 | 799 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0.5 | 7 | 0 | 0 | 0 | 0 | 0 | 598 | 598 |
| | Bowden | 135 | 759 | 5 | 4.5 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 529 | 529 |
| | Hoefler | 83 | 206 | 0.5 | 4 | 5.5 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 | 197 | 197 |
| | Hood | 390 | 738 | 0 | 2.5 | 10 | 0 | 0 | 0 | 4 | 2 | 8 | 2 | 1.5 | 0 | 0 | 0 | 0 | 0 | 772 | 772 |
| | Johnson | 428 | 420 | 0 | 10 | 21.5 | 0 | 12 | 0 | 0 | 0 | 0 | 8 | 22.5 | 0 | 0 | 0 | 0 | 0 | 711.5 | 711.5 |

HBA000096

CONFIDENTIAL

**July 2021**

| Name | Hour Lessons | 1/2 hour lessons | No Shows | Late Cancellations | Small Group | Med Group (4) | Med Group (5) | Large Group (6) | Large Group (7) | Large Group (8) | 8th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Elapsed | Accounts | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 17 | 75 | | | 3 | 3 | 4 | 6 | | | | | 2 | | | | | 88.5 |
| Bowden | 14 | 79 | | 0.5 | | | | 12 | 16 | | | | 1.5 | | | | | 73.5 |
| Carhart | 20 | | | | | | | | | | | | 8.5 | | | | | 105 |
| Delagarza | 17 | 30 | | 1 | 2.5 | | | | | | | | | | | | | 33 |
| Hoefler | 26 | 59 | | 0.5 | | 5 | | | | | | | | | | | | 67 |
| Bott | 15 | 70 | 2.5 | | | | | | | | | | 1 | | | | | 74.5 |
| Bowden | 19 | 84 | 1 | 0.5 | | | | | | | | | | | | | | 62.5 |
| Hoefler | 5 | 21 | 1 | 1 | | | | | | | | | 0.5 | | | | | 19 |
| Hood | 37 | 64 | 1 | | | | | | | | | 1 | 1.5 | | | | | 71.5 |
| Johnson | 40 | 34 | 1 | 2 | | | | | | | | | | | | | | 70.5 |
| | | | | | | | | | | | | | | | | | | 268 |

**Aug 2021**

| Name | Hour Lessons | 1/2 hour lessons | No Shows | Late Cancellations | Small Group | Med Group (4) | Med Group (5) | Large Group (6) | Large Group (7) | Large Group (8) | 8th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Elapsed | Accounts | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 10 | 84 | 0.5 | 1 | | 5 | 3 | 5 | | 60 | | | 3 | | | | | 82 |
| Bowden | 12 | 74 | | 0.5 | | 3 | 32 | | 8 | | | 1.5 | 1 | | | | | 66.5 |
| Carhart | 21 | 23 | | 0.5 | | | | | | | | | 7 | | | | | 115.5 |
| Delagarza | 22 | 40 | 3 | 1 | | 4 | | | | | | 1.5 | 2 | | | | | 34.5 |
| Hoefler | 30 | | | | | | | | | | | | 1.5 | | | | | 62 |
| Bott | 10 | 71 | | | | | | | | | | | | | | | | 360 |
| Bowden | 6 | 48 | 0.5 | 3.5 | | | | | | | | | 0.5 | | | | | 48 |
| Hoefler | 10 | 12 | 2 | 0.5 | | | | | | | | | | | | | | 10.5 |
| Hood | 40 | 63 | 2 | 1 | | | | | | | | | 0.5 | | | | | 60.5 |
| Johnson | 38 | 40 | 1 | | | | 4 | | | | | | | | | | | 39 |
| | | | | | | | | | | | | | | | | | | 59.5 |
| | | | | | | | | | | | | | | | | | | 288 |

**Sept 2021**

| Name | Hour Lessons | 1/2 hour lessons | No Shows | Late Cancellations | Small Group | Med Group (4) | Med Group (5) | Large Group (6) | Large Group (7) | Large Group (8) | 8th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Elapsed | Accounts | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 14 | 49 | 0.5 | 2 | 2 | 3 | 3 | | 45 | | | 1.5 | 2 | | | | | 62 |
| Bowden | 6 | 77 | | 1 | | 8 | 12 | 8 | | | | | 16 | | | | | 55.5 |
| Carhart | 24 | 27 | | 3 | | | | | | | | 2.5 | 2.5 | | | | | 111.5 |
| Delagarza | 25 | 59 | | | | | | | | | | | 1.5 | | | | | 48 |
| Hoefler | 33 | | | | | | | | | | | | | | | | | 71 |
| Bott | 8 | 70 | 0.5 | | | | | | | | | | | | | | | 349 |
| Bowden | 8 | 60 | | | | 1 | | | | | | | | | | | | 43 |
| Hoefler | 7 | 18 | | | | | | | | | 1.5 | | | | | | | 50.5 |
| Hood | 21 | 25 | 0.5 | | | | | | | | | | | | | | | 18 |
| Johnson | 38 | 38 | 1 | | | | | | | | | | 8.5 | | | | | 90 |
| | | | | | | | | | | | | | | | | | | 127.5 |

**Oct 2021**

| Name | Hour Lessons | 1/2 hour lessons | No Shows | Late Cancellations | Small Group | Med Group 3 | Med Group (4) | Med Group (5) | Large Group (6) | Large Group (7) | Large Group (8) | 8th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Elapsed | Accounts | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 10 | 49 | 1 | | 4 | 5 | 12 | | | 39 | | | 5 | 1 | | | | | 45 |
| Bowden | 6 | 47 | | 0.5 | | | 3 | 3 | | | | | 4.5 | | | | | | 57.5 |
| Carhart | 16 | 101 | 0.5 | | | | | 6 | | | | | 3.5 | | | | | | 87.5 |
| Delagarza | 27 | 25 | 1 | 2.5 | | | | | | | | | 4 | | | | | | 40.5 |
| Hoefler | 34 | 71 | | | | | | | | | | | | | | | | | 64 |
| Bott | 0 | 74 | | | | | | | | | 1.5 | | | | | | | | 349 |
| Bowden | 9 | 49 | 1 | | | 1 | | | | | | | | | | | | | 39 |
| Hoefler | 12 | 17 | | | | | | | | | | | 4 | | | | | | 21.5 |
| Hood | 40 | 80 | 0.5 | 5 | | | | | | | | | | | | | | | 85 |
| Johnson | 36 | | 0 | 0 | | | | | | | | | 4.5 | | | | | | 75 |
| | | | | | | | | | | | | | | | | | | | 289.2 |

**Nov 2021**

| Name | Hour Lessons | 1/2 hour lessons | No Shows | Late Cancellations | Small Group | Med Group 3 | Med Group (4) | Med Group (5) | Large Group (6) | Large Group (7) | Large Group (8) | 8th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Elapsed | Accounts | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 19 | 59 | 1 | | | 5 | 6 | | | 32 | | | 1 | | | | | | 83 |
| Bowden | 11 | 101 | | | | | 3 | 3 | | | | | 4.5 | | | | | | 88 |
| Carhart | 27 | 75 | | 1.5 | | | | 3 | | | | | 3.5 | | | | | | 84 |
| Delagarza | 34 | 71 | 1 | | | | | | | | | | | | | | | | 340.5 |
| Hoefler | | | | | | | | | | | | | | | | | | | 82 |
| Bott | 0 | 68 | | | | | | | | | | | | | | | | | 311.5 |
| Bowden | 8 | 59 | 0.5 | | | | | | | | | | | | | | | | 34 |
| Hoefler | 12 | 15 | 0.5 | | | | | | | | | | | | | | | | 37.5 |
| Hood | 35 | 70 | 0 | | | | | | | | | | | | | | | | 20.5 |
| Johnson | 43 | 54 | 0 | 7.5 | | | | | | | | | 4.5 | | | | | | 71 |
| | | | | | | | | | | | | | | | | | | | 62 |
| | | | | | | | | | | | | | | | | | | | 248 |

EXHIBIT 2

2021

HBA000097

CONFIDENTIAL

### Jan 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 30 | 0 | | 8 | 1 | 4 | | | 3 | | 30 | | 2 | | | | | | | 78 |
| Bowden | 8 | 73 | 10.5 | 2 | 1.5 | | | | | | | | | | | | | | | 62.5 |
| Cathcart | 36 | 86 | 5 | | 1 | | 4 | | 12 | | 8 | | | | | | | | | 102 |
| Delagarza | 21 | 28 | | 4.5 | 0.5 | | 2 | | 1 | | | | | | | | | | | 47.5 |
| Hoefler | 16 | 86 | | | | | | | | | | | | | | | | | | 70.5 |
| | | | | | | | | | | | | | | | | | | | | 299.5 |
| Bolt | 20 | 74 | 1.5 | | | | | | | | | | | | | | | | | 88.5 |
| Bowden | 15 | 60 | 3 | | 1.5 | | | | | | | | | | | | | | | 48 |
| Hoefler | 4 | 19 | | 0.5 | 1.5 | | | | 4 | | | | | | | | | | | 14 |
| Hood | 10 | 69 | | | 1 | | | | | | | | | | | | | | | 49 |
| Johnson | 22 | 8 | | | | | | | | | | | | | | | | | | 20 |
| | | | | | | | | | | | | | | | | | | | | 299.5 |

### Feb 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 31 | | | | 5 | 3 | | | 3 | | 3 | | 1 | | | | | | | 39 |
| Bowden | 1 | 73 | 2.5 | | | | | | | | | | | | | | | | | 56 |
| Cathcart | 33 | 80 | | | 1 | 3 | | 6 | | 9 | 8 | | 3 | | | | | | | 88 |
| Delagarza | 36 | 34 | | 1.5 | | | 5 | | | | 6 | | | | | | | | | 81 |
| Hoefler | 20 | 81 | | | | | | | | | | | | | | | | | | 70.5 |
| | | | | | | | | | | | | | | | | | | | 1300 | 334.5 |
| Bolt | 21 | 81 | | 0.5 | 1.5 | | | | | | | | | | | | | | | 52.5 |
| Bowden | 9 | 78 | 2 | | | | | | | | | | | | | | | | | 47 |
| Hoefler | 5 | 35 | 0.5 | | 3.5 | | | | 3 | | | | 0.5 | | | | | | | 19 |
| Hood | 5 | 87 | | | | | | | | | | | | | | | | | | 30.5 |
| Johnson | 24 | 11 | | | | | | | | | | | | | | | | | | 29.5 |
| | | | | | | | | | | | | | | | | | | | | 197.5 |

### Mar 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 43 | | 6 | | | 0 | | | 1 | | 5 | 1 | 1 | | | | | | | 58 |
| Bowden | 12 | 78 | | | 5 | 3 | | 6 | | | 8 | | | | | | | | | 59 |
| Cathcart | 30 | 84 | | | 2.5 | | | | 24 | | 2 | | 0.5 | | | | | | | 111 |
| Delagarza | 21 | 95 | | | 2 | | 5 | | | | | | | | | | | | | 53 |
| Hoefler | 25 | 80 | | 1.5 | | | 3 | | 6 | | | | | | | | | | 1300 | 79.5 |
| | | | | | | | | | | | | | | | | | | | | 359.5 |
| Bolt | 21 | 75 | | | 1 | | | | | | | | 2 | | | | | | | 49 |
| Bowden | 13 | 72 | 0.5 | | 0.5 | | | | 4 | | | | | | | | | | | 155 |
| Hoefler | 4 | 31 | | | 1.5 | | | | 2 | | 5 | | | | | | | | | 83.5 |
| Hood | 37 | 69 | | | 3.5 | | | | | | | | 0.5 | | | | | | | 37 |
| Johnson | 26 | 14 | | 4 | | | | | | | | | | | | | | | | 226.5 |

### Apr 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 41 | | 5 | | | 5 | 4 | | 1 | | 4 | | 1 | 1 | | | | | | 55 |
| Bowden | 9 | 77 | 0.5 | | 2.5 | | | | | | | | | 2 | | | | | | 83.5 |
| Cathcart | 21 | 87 | | | 0.5 | | 4 | | 12 | | 10 | | 7 | | | | | | | 108.5 |
| Delagarza | 21 | 60 | | | | | 4 | | | | | | | | | | | | | 53 |
| Hoefler | 21 | 78 | | | 2.5 | | 5 | | | | 2 | | 0.5 | | | | | | 1300 | 68 |
| | | | | | | | | | | | | | | | | | | | | 343 |
| Bolt | 20 | 77 | | | | | | | | | | | | 0.5 | | | | | | 81.5 |
| Bowden | 17 | 73 | 0 | | | 5 | | | 6 | | | | | | | | | | | 54.5 |
| Hoefler | 4 | 19 | | | 1 | | | | 2 | | | | | | | | | | | 12 |
| Hood | 27 | 83 | | | 1.5 | | | | | | 2 | | 1 | | | | | | | 54.5 |
| Johnson | 26 | 24 | | | | | 12 | | | | | | | | | | | | | 53 |
| | | | | | | | | | | | | | | | | | | | | 224.5 |

### May 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beard | 39 | | 3 | | 3 | | 4 | | 1 | | 4 | | | 16 | | | | | | 68 |
| Bowden | 6 | 79 | 0.5 | | 2 | 4 | | | | | | | | 1.5 | | | | | | 57.5 |
| Cathcart | 34 | 95 | | | 0.5 | | 4 | | 12 | | 10 | | | 1.5 | | | | | | 109.5 |
| Delagarza | 25 | 65 | | | 2 | | 5 | | | | 1 | | | 6.5 | | | | | | 54 |
| Hoefler | 27 | 81 | | 6.5 | | | 5 | | | | | | | | | | | | | 70.5 |
| | | | | | | | | | | | | | | | | | | | | 359.5 |
| Bolt | 19 | 80 | | | 0.5 | 3 | | 0 | | | | | | | | | | | | 59 |
| Bowden | 13 | 74 | | | 1.5 | 2 | | 0 | | | | | | | | | | | | 81 |
| Hoefler | 4 | 18 | 0 | | 1.5 | | | 0 | | | | | | | | | | | | 115 |
| Hood | 28 | 83 | | | 1 | | | | | | 2 | | 1 | | | | | | | 60 |
| Johnson | 35 | 38 | | 3 | | 12 | | 12 | | | | | 1.5 | | | | | | | 59.5 |
| | | | | | | | | | | | | | | | | | | | | 298 |

### Jun 2021

| Name | Hour Lessons | 1/2 hour lessons | Makeup Less | No Shows | Late Cancellations | Small Group | Med Group (5) | Med Group (6) | Large Group (7) | Large Group (8) | Large Group (9) | 6th Week Less | Spot Lesson | Team | Class Hours | Camps | Team Skipped | Intro w/coach lesson | Bonus/Hr | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cameron's Payroll Invoice

File   Edit   View   Insert   Format   Data   Tools   Extensions   Help

A1:B1

# Hardball Academy Instructor Invoice Dec. 2021

Bill To:
Hardball Academy
3201 Hamm Rd
Pearland, TX, 77581

| Instructor: Cameron Johnson | INVOICE # 12 | | Date: | | 12/29/21 |
|---|---|---|---|---|---|
| | **Description** | **Number** | **Hr Rate** | **Amount** | |
| | Hour lesson | 52 | $42.00 | $2,184.00 | |
| | ½ Hour lesson | 47 | $21.00 | $987.00 | |
| | No Show | 0 | $42.00 | $0.00 | |
| | Late Cancellations | 0.5 | $42.00 | $21.00 | |
| | Large Group Training | 0 | $60.00 | $0.00 | |
| | 5th Week lessons | 0 | $42.00 | $0.00 | |
| | Spot Lessons | 2 | $42.00 | $84.00 | |
| | **Total** | | | $3,276.00 | |
| | **Total Hours** | 78 | | | |
| | Team Stipend | 0 | | $0.00 | |
| | | | | | |
| | | | **Total Pay** | $3,276.00 | |
| | | | | | |
| Half hours are noted by a decimal (.5) | | | | | |

21 ▼    June 2021 ▼    July 2021 ▼    August 2021 ▼    Sept. 2021 ▼    October 2021 ▼    November 2021 ▼    December 2021 ▼

HBA000198

INVOICE #: _10_

DATE: _10-1-14_

BILL TO:
Hardball Academy
4807 FM 646 E STE. B
Dickinson, TX 77539
Phone: 281-559-3906

INSTRUCTOR: _CAMERON Johnson_
ADDRESS: _____
PHONE: _281-728-0772_

| ITEM | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------|--------|
| 24 hr | Private lesson | $32.00 | 768.00 |
| 8 hrs | group hitting | 37.00 | 296.00 |
| TEAM | STIPEND | $1000.00 | 1000.00 |

TOTAL- $2064.00

SIGNATURE

HBA000399

EXHIBIT 3

October Log                     Invoice #10

| Quanity | Description | Price |
|---------|-------------|-------|
| 55.5 ✓ | Hitting/Pitching Lessons | 2081.50  $37.50/hr |
| 5 ✓ | Small Groups | 200.00.00  $40/hr |
| 16 ✓ | Large Groups | 800,00  $50/hr |
| 1 | 16U Team | 1500.00  $1,500 |
| 1 | 14U Team | 1300.00  $1,300 |
| 1 | Hotel | 152.00  $152.00 |

146.89

$6033.25

X _Cameron Johnson_                     $6,033.25

Cameron Johnson

CONFIDENTIAL                                                                 HBA000400

Hardball Baseball Academy EXHIBIT 3

Nov. 30, 2016

November Log
Cameron Johnson

16U Team Stipend          1500.00     $1,500

14U Team Stipend          1300.00     $1,300

(54.5) hours of Hitting   2043.75     $37.50/hr
+ Pitching Lessons

(4) Small Group           180.00      $45/hr
    Trainings

(12) Large Group          600.00      $50/hr
     Trainings

Recruiting Videos         300.00      $300

                                      5923.75

X _Cameron Johnson_

CONFIDENTIAL                    HBA000401

Bill To:
Hardball Academy
3201 Hamm Rd
Pearland, TX, 77581

Date: 11/30/14
INVOICE #

Instructor: Cameron Johnson

| Item | Description | Price | Amount | |
|------|-------------|-------|--------|---|
| 1 | Hour Private lessons | $35 | 66 | → 2310  (2345) |
| 2 | Half Hour Private Lessons | | | |
| 3 | Half Hour Late Cancellations | | 1 — 35 | 35 |
| 4 | Hour Late cancellations | | | |
| 5 | Camps | | 1.5 | 75 |
| 6 | Sm Group | 9 | 9.5 | 522.50 |
| 7 | LG Group | | | 1300 |
| 8 | Team Stipend | $1,300 | | |
| | | | | 4271.5 |
| | | | | 4135.00 |
| | | | | 142.5 |
| | | Total | 1 | |

$4187.50   24

Signature: *[signature]*

66 · 2310 lm
$ — 35 L/c
1.5   45 — 6750
9.5   50   475.00
Stip   1300

35 L/c
75

418750
4135.00
52.52

HBA000402

EXHIBIT 3

DATE: Sept. 30, 201

INVOICE #: ___9___

BILL TO:
Hardball Academy
4807 FM 646 E STE. B
Dickinson, TX 77539
Phone: 281-559-3906

INSTRUCTOR: Cameron Johnson
ADDRESS: 464 Ashford CV
Dickinson, TX 77539
PHONE: 281-728-0772

| ITEM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 52 Hours Lessons | 37.50/h | 1976.0 |
| 2 | 9 Team Trainings | 48.00 | 432.00 |
| 3 | 3 small groups | 43.— | 129.0 |
| 4 | 14U Team stipend | $1,300 | 1300.0 |
| 5 | 16U Team stipend | $1,500 | 1500.0 |
| | | TOTAL → | 5337.00 |

SIGNATURE _[signature]_

CONFIDENTIAL

EXHIBIT 3

Bill To:
Hardball Academy
3201 Hamm Rd
Pearland, TX, 77581

Date
INVOICE #

2017

Instructor:

| Item | Description | Price | Amount |
|---|---|---|---|
| 1 | Hour Private lessons | | | 2381.25 |
| 2 | Half Hour Private Lessons | | |
| 3 | Half Hour Late Cancellations | | |
| 4 | Hour Late Cancellations | | |
| 5 | Camps | | $ | 180 |
| 6 | Sm Group | | | 420 |
| 7 | Lg Group | | |
| 7 | CLASS | | |
| | | | |
| | | | |
| | | Total | 2981 |

Signature:

HBA000404

Bill for

Hardball Academy

3201 Hamm Rd

Pearland, TX 77581

Invoice # : 1

Instructor: Cameron Thomas

| Item | Description | Price | Amount |
|------|-------------|-------|--------|
| 1 | 1hr Private lessons | $37.50/hr | 93 |
| 2 | Small Groups | $45/hr | 7 |
| 3 | Large Groups | $60/hr | 9.5 |

make up
Dec 1

(9.5)

$4142.50

Signature:

Cameron Thomas

| | | | |
|---|---|---|---|
| 11 Oct | 8 | | |
| 18 Nov | 8 | 32 | 24 |
| 7 Dec | 8 | | 7 |
| 9.5 | 8 | | 36 |
| | | | 9.5 |

35.5
320
3.5

3487.50
180.00
4573.00

EXHIBIT 3



Bill To:
Hardball Academy
3201 Hamm Rd
Pearland, TX, 77581

Date:
INVOICE #

Instructor: Cameron Johnson

| Item | Description | Price | Amount |
|------|-------------|-------|--------|
| 1 | Hour Private lessons  41.50/hr | 80 | $3,320 |
| 2 | Half Hour Private Lessons | | |
| 3 | Half Hour Late Cancellations | | |
| 4 | Hour Late cancellations | | |
| 5 | Camps | 3 | $150 |
| 6 | Sm Group 50/hr | | $632.50 |
| 7 | LG Group 55/hr | 11.5 | |
| 8 | 14U Team Stipend | | $1,300 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $5,402.50 |

Signature:

HBA000406

Bill to:

Hardball Baseball
      Academy
3201 Hamm Rd
Pearland, TX 77581

7/2/18
Invoice #6

Instructor:
Cameron Johnson

| Item | Description | Price | Amount |
|---|---|---|---|
| 1 | Hour lessons | $41.75/hr | 61.5 hrs |
| 2 | Sm Groups | $50/hr | 0 |
| 3 | Lg Groups | $60/hr | 7.5 hrs |
| 4 | Team stipend | $1,300 | 1   13U Team |
| 5 | Team stipend | $1,000 | 1   16U Team |
| 6 | Catching Camp | $60/hr | 8 |

Total: $5,797.63

CONFIDENTIAL                                                                                                HBA000407



July 2018

CONFIDENTIAL    HBA000408

Hardball Academy
3201 Hamm Rd
Pearland, TX

Cameron Johnson
Invoice #2
3/4/2020
Feb

| Item # | Amount | Description | Total |
|--------|--------|-------------|-------|
| 1 | $550 | 14U Team | $550 |
| 2 | $2000 (Paid) (2/27/20) | Advance Pay/ Loan | $2,000 (Paid) (2/27/20) |
| | | | $550 |

CONFIDENTIAL

HBA000409

Hardball Academy
3201 Hamm Rd
Pearland, TX

April 2, 2020
Invoice #3
March

| Item # | Description | Amout | TOTAL |
|--------|-------------|-------|-------|
| 1 | 14U Team | $600 | $600 |
| | | | $600 |



CONFIDENTIAL

HBA000410

Hardball Academy

4301 Hamm Rd

Pearland, Tx

May Invoice

Cameron John

| Item | Description/Amount | Price | Total |
|------|-------------------|-------|-------|
| 1 | (5) Team Practices | $100/per | $500 |
| 2 | -(5) Team Practices | -$100/per | -$500 |
| | | | $0 |

Notes: $500 Income going towards $2,000 advance pay.

Balance: $1,500

CONFIDENTIAL

HBA000411

Hardball Academy
3201 Hamm Rd
Pearland, TX

2020
June Invoice
Cameron Johnson

| Item | Description/Amount | Price | TOTAL |
|------|--------------------|-------|-------|
| 1 | 14U Stipend | $1,300/m | $1,300 |
| 2 | (-$300) Stipend | $(-300) | $(-300) |
| 3 | Advance Loan | $(-1,000) | $(-1,000) |

NOTES: $1,000 to go towards the $2,000
advance pay loan

Balance: ~~$1,000~~ $500 still owed

CONFIDENTIAL                                                                          HBA000412

3201 Hamm Rd
Pearland, TX
Hardball Academy

~~July~~ June Invoice #7
Aug 3, 2020

| Item # | Description | Amount | Price |
|--------|-------------|--------|-------|
| 1 | 14U Team | $1,300 (1) | $1,300 |
| 2 | Advance Loan Payment | -$500 | -$500 |

Total: $800

NOTES: Advance Loan paid in full.

Balance: $0

paid extra $200      #1000

CONFIDENTIAL

HBA000413

EXHIBIT 3



Hardball Academy
3201 Hamm Rd
Pearland, TX

Cameron Johnson
August Invoice
9/1/2020

| Item # | Description | Price | Amount |
|---|---|---|---|
| 1 | 14u Team Stipends | $1,300/m | $1,300 |
| | | Total: | $1,300 |

CONFIDENTIAL    HBA000414

HBA000415
CONFIDENTIAL



Hardball Academy
4301 Hamm Rd
Pearland, TX

Cameron Johnson
Oct 1, 2020
September Invoice
#9

| Item | Description | Cost | Amount |
|------|-------------|------|--------|
| 1 | 15U Team Stipend | $1,300 | $1,300 |

TOTAL:
$1,300

overpaid $100
(3 players

EXHIBIT 3

HBA000416

Hardball Academy
4301 Hamm Rd
Pearland, Tx

Invoice #10
September Invoice
OCT
10/30/20

| Item # | Description | Amount | Cost |
|--------|-------------|--------|--------|
| 1 | 15u Team stipend | 1 | $1,300 |
| | | | TOTAL: $1,300 |

overpaid $100

12 players

CONFIDENTIAL

EXHIBIT 3

HBA000417

CONFIDENTIAL

Hardball Baseball Academy
4301 Hamm Rd
Pearland, Tx

Nov 30, 2020
Invoice # 11
November Invoice

| Item # | Description | Amount | TOTAL |
|--------|-------------|--------|-------|
| 1 | 15U Team stipend | $1300 | $1,300 |
| | | | $1,300 |

1,200.00

Last Name

Hardball Academy
3201 Hamm Rd
Pearland, TX

Cameron Johns
8/31/2018

Invoice #8

| Item | Description | Price | Amount |
|------|-------------|-------|--------|
| 1 | Lesson Hours | $41.50/hr | 64 hrs |
| 2 | Large Groups | $60/hr | 9.5 hrs |
| 3 | Small Groups | $55/hr | 4 hrs |
| 4 | Velocity Camp | $70/hr | 12 hrs |
| 5 | 16U Team | $1,300 | 1 |
| 6 | 13U Team | $1,100 | 1 |

Total: $6,686

CONFIDENTIAL                                                              HBA000418

EXHIBIT 3

Hardball Academy
3201 Ham Rd
Pearland, TX

Cameron Johnson
9/30/18

Invoice #9

| Item | Description | Price | Amount |
|------|-------------|-------|--------|
| 1 | Lesson Hours | $41.50/hr | 67 |
| 2 | Large Groups | $60/hr | 10 |
| 3 | Small Groups | $55/hr | 4 |
| 4 | 16U Team | $1,300 | 1 |
| 5 | 13U Team | $1,100 | 1 |

Total: $6,000.50

CONFIDENTIAL HBA000419

3201 Hamm Rd

Pearland, TX

Hardball Baseball Academy

Invoice #10

Oct 2018

| Item | Description | Amount | Price |
|---|---|---|---|
| 1 | Lesson Hours | $41.50/hr | 33.5 |
| 2 | Small Groups | $55/hr | 4 |
| 3 | Large Groups | $60/hr | 9 |
| 4 | 16 U Team | $1,300 | 1 |
| 5 | 13U Team | $1,100 | 1 |

Total: $4,533.50

CONFIDENTIAL                                                                                                          HBA000420

tardball Baseball
ACADEMY
3201 Hamm Rd
Pearldnd, TX

Invoice #
12/1/18
Cameron
Johns

| Item | Description | Price | Amount |
|------|-------------|-------|--------|
| 1 | Lesson 1 hours | $41.50/hr | 17 |
| 2 | Large Groups | $60/hr | 5 |
| 3 | 13U Team | $1,100 | 1 |
| 4 | 16U Team | $1,300 | 1 |

Total: $3,426

CONFIDENTIAL                                                                    HBA000421

EXHIBIT 3

Hardball Academy
4301 Hamm Rd
Pearland, Tx

May 2019   May Invoice #
                 Cameron John

$50/hr

| Item | Description/Amount | Price | TOTAL |
|------|--------------------|-------|-------|
| 1 | (5) Team Practices | $100/per | $500 |
| 2 | - (5) Team Practices | - $100/per | - $500 |
| | | | $0 |

Notes: $500 Income going towards $2,000 advance pay.

Balance: $1,500

CONFIDENTIAL

HBA000422

Hardball Academy
3201 Hamm Rd
Pearland, TX

June Invoice
Cameron Johnson

| Item | Description/Amount | Price | TOTAL |
|---|---|---|---|
| 1 | 14U Stipend | $1,300/m | $1,300 |
| 2 | (-$300) Stipend | $(-300) | $(-300) |
| 3 | Advance Loan | $(-1,000) | $(-1,000) |

NOTES: $1,000 to go towards the $2,000
advance pay loan

Balance: ~~$1,500~~ $500 still owed

CONFIDENTIAL            HBA000423

EXHIBIT 3

HBA000424

Cameron Johnson
July 2, 2019
Invoice #6

Hardball Academy
3201 Hamm Rd
Pearland, TX

| Item | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | 13U Team | $500 | $1450 |
| 2 | 14U Team | $1500 | $2,000 |

$1950

CONFIDENTIAL

EXHIBIT 3
image2.jpeg
8/4/2019

HBA000425

Hardball Academy
3201 Hamm RD
Pearland, TX

Invoice #7
Aug, 2, 2019

| Item # | Description | Amount | TOTAL |
|---|---|---|---|
| 1 | 14U Team | $800 | 325 |
| 2 | 16U Team | $1,500 | 1450.00 |
| 3 | Hotel reimbursement | $200 | |

$2,260

Hotel Total $150

CONFIDENTIAL

Cameron Johnson

Hardball Academy
3201 Hamm Rd
Pearland, TX

Invoice #8
9/1/2019

| Item # | Description | Price | Total |
|---|---|---|---|
| 1 | (4) small Groups | $50/hr | $200 |
| 2 | 14U Team | $400 | $400 |
| 3 | 16U Team | $1500 | $1500 |
| | | | 1450 |
| | | | $2100 |
| | | | $2050 |

HBA000426

CONFIDENTIAL

EXHIBIT 3

HBA000427

CONFIDENTIAL

3201 Hamm Rd
Pearland, TX
Hardball Academy

December 2, 2019
Invoice #11
November Invoice

| Item # | Amount | Price | Total |
|---|---|---|---|
| 1 | 14U Team | $ 650 | $ 650 |
| 2 | 16U Team | $ 1,500 | $ 1,500 |
|  |  |  | $2150 |

$ 600
$ 2,100

HBA000428

CONFIDENTIAL

### 2020 Cameron Johnson Payroll

| Date | Type | No. | Payee | Category | Memo | Total | | invoice | Notes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/2020 | Check | 4077 | Cameron Johnson | Contractors | ck 4077 advance on pay | 2,000.00 | month | | | |
| 03/11/2020 | Expense | | Cameron Johnson | Contractors | | 600.00 | Feb | 550 | Ovepaid $50 | |
| 04/03/2020 | Expense | | Cameron Johnson | Contractors | | 600.00 | March | 600 | | |
| 5/5/2020 | | | | | | 0.00 | April | 0 | 500 to loan | 5 2 hour team practices |
| 6/2/2020 | | | | | | 0.00 | May | 0 | 500 to loan | No invoice submitted |
| 7/5/2020 | | | | | | 0.00 | June | 0 | 1000 to loan | 300 coaches cover team |
| 08/04/2020 | Expense | | Cameron Johnson | Contractors | | 1,000.00 | july | 800 | extra payment $200 | |
| 09/03/2020 | Expense | | Cameron Johnson | Contractors | | 1,300.00 | aug | 1300 | | |
| 10/05/2020 | Expense | | Cameron Johnson | Contractors | | 1,300.00 | sept | 1300 | Overpaid $100 | only 13 players (1200) |
| 11/03/2020 | Expense | | Cameron Johnson | Contractors | | 1,300.00 | oct | 1300 | Overpaid $100 | only 13 players (1200) |
| 12/03/2020 | Expense | | Cameron Johnson | Contractors | | 1,200.00 | noveml | 1300 | Invoice wrong $1300 | Only 13 players (1200) |
| | | | | | | 9,300.00 | | 7150 | Invoices for Season | |
| | | | | | | | | 2000 | loan | |
| | | | | | | | | -100 | wrong amount Nov invocie | |
| | | | | | | | | 9050 | Total of Invoices | |
| | | | | | | | | $250 | extra pay/overpayments | |

$200 over pmt (sept/oct)   Incorrect invoices

$ 450

EXHIBIT 4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **HARDBALL BASEBALL ACADEMY, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | <u>**Civil Action No. 4:22-CV-01181**</u> |
| | § | |
| | § | |
| **CAMERON JOHNSON,** | § | |
| *Defendant.* | § | |

# AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Cameron Johnson, who swore under oath that the following facts are true:

1. "My name is Cameron Johnson.  I am over eighteen (18) years of age, of sound mind, and capable of making this Affidavit.  The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. "I am a baseball coach for adolescents and used to work for the Hardball Baseball Academy, LLC ("Hardball").  My primary duties consisted of facilitating baseball practices at Hardball's Dickinson, Texas and Pearland, Texas facility locations.

3. "As an employee of Hardball, I worked the hours necessary to perform my duties and Hardball was responsible for keeping track of the time I spent there and paying me for that time accordingly.  During my employment, I spent more than forty (40) hours a week working for Hardball.

4. "During my course of employment, I performed further services for Hardball that included various maintenance and cleaning tasks.  However, I was not compensated for my time in performing same.  Further, on one occasion, I helped repair a net, which was installed to prevent struck baseballs from exiting the batting cages.  I was forced to make this repair because, due to Hardball's failure to properly maintain the net, I was hit in the face by a struck ball.

EXHIBIT 4

5. "On other occasions, I reported to Hardball's facilities in both Dickinson, Texas and Pearland, Texas to pick up equipment and travel to several other locations in Texas to further perform my employment duties.  For this required travel, I was not compensated by Hardball.

6. "As part of my employment, I also traveled to several other different locations, such as Dallas, Texas, College Station, Texas, and various cities in the State of Louisiana, to coach baseball tournaments.  Hardball neither compensated me for my travel time nor reimbursed me for my travel expenses.

7. "When traveling to other cities for work, I would spend at least one (1) night there for the baseball tournaments I coached but was not compensated for the travel time or expenses.  Rather, Hardball would actually deduct money from my paycheck.

8. "During my consistent travelling, I would prepare for practices and games by contacting clients, compiling practice drills, reviewing strategies, as well as working on other ancillary tasks other that needed my attention.

9. "I have read Defendant's Motion for Summary Judgement and am able to state that the facts stated therein are within my personal knowledge and are true and correct."

Further, Affiant sayeth not.

SIGNED on this 10th day of November, 2022.    *Cameron Johnson*

Date & Time: Nov 11, 2022 10:30:57 CST

Cameron Johnson

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Cameron Johnson, on this 10th day of November, 2022.

MARIBEL MARTINEZ
Notary ID #125978628
My Commission Expires
April 6, 2023

This remote online notarization involved the use of audio/visual communication technology

*Maribel Martinez*

Notary Public, in and for the State of Texas


EXHIBIT 4

# Signing Completion Certificate

## Document

| | |
|---|---|
| Document Name | 2022 11 08 Affidavit for MSJ (Johnson Cameron) BAN VNP |
| Document ID | OLWDNMYJ |
| Sent Date | Nov 10, 2022 4:56 PM |
| Signed Date | Nov 11, 2022 10:31 AM |
| Transaction Status | Complete |
| Number of Signers | 2 |

## Document Owner (Sender)

| | |
|---|---|
| First Name: | Maribel |
| Middle Name: | |
| Last Name: | Martinez |
| Company Name: | Kearney McWilliams & Davis |
| Email: | mmartinez@kmd.law |

## Signer (Invitee)

| First Name | Middle Name | Last Name | |
|---|---|---|---|
| Cameron | | Johnson | |

| Company Name | Email | Authentication Type | |
|---|---|---|---|
| | Olliesdad2016@outlook.com | ID Verification | |

| IP Address | Time Zone | Country | Region |
|---|---|---|---|
| 70.241.118.50 | CST | United States | Texas |

**Events**

| | |
|---|---|
| ID Verification Failed | Nov 11, 2022, 10:25 AM |
| ID Verification Passed | Nov 11, 2022, 10:28 AM |
| Started signing | Nov 11, 2022, 10:28 AM |
| Document signed | Nov 11, 2022, 10:30 AM |

## Signer (Notary)

| First Name | Middle Name | Last Name |
|---|---|---|
| Maribel | | Martinez |

| Company Name | Email | Authentication Type |
|---|---|---|
| Kearney McWilliams & Davis | mmartinez@kmd.law | Email **-** Passcode |

| IP Address | Time Zone | Country | Region |
|---|---|---|---|
| 107.129.215.131 | CST | United States | Texas |

**Events**

| | |
|---|---|
| Started signing | Nov 11, 2022, 10:31 AM |
| Notarized | Nov 11, 2022, 10:31 AM |
| Document signed | Nov 11, 2022, 10:31 AM |

## Document Log

| Date | Time | User | Role | Action |
|---|---|---|---|---|
| Nov 11, 2022 | 10:31 AM | Maribel Martinez | Secured Signing | WeSign Process Completed |
| Nov 11, 2022 | 10:31 AM | Maribel Martinez | Invitee | Signed Document |
| Nov 11, 2022 | 10:31 AM | Maribel Martinez | Invitee | Stamped Document with eNotary Seal |
| Nov 11, 2022 | 10:31 AM | Maribel Martinez | Invitee | Started signing from IP Address 107.129.215.131 Country: United States Region: Texas |

EXHIBIT 4

| Nov 11, 2022 | 10:31 AM | Maribel Martinez | Invitee | Agreed to use electronic records and digital signatures. |
|---|---|---|---|---|
| Nov 11, 2022 | 10:30 AM | Cameron Johnson | Invitee | Signed Document |
| Nov 11, 2022 | 10:29 AM | Cameron Johnson | Invitee | Signer joined to Video Signing Session from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:29 AM | Maribel Martinez | Invitee | Host, Signer joined to Video Signing Session from IP Address 107.129.215.131 Country: United States Region: Texas |
| Nov 11, 2022 | 10:29 AM | Maribel Martinez | Invitee | Started Video Signing and Recording |
| Nov 11, 2022 | 10:28 AM | Cameron Johnson | Invitee | Started signing from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:28 AM | Cameron Johnson | Invitee | Agreed to use electronic records and digital signatures. |
| Nov 11, 2022 | 10:28 AM | Cameron Johnson | Invitee | Passed ID Verification Texas (TX) Driver License - STAR |
| Nov 11, 2022 | 10:28 AM | Cameron Johnson | Invitee | Invitee's face matches the provided ID |
| Nov 11, 2022 | 10:26 AM | Cameron Johnson | Invitee | Started ID Verification attempt from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:26 AM | Secured Signing | Secured Signing | SMS sent to Cameron Johnson [Olliesdad2016@outlook.com] Mobile Number 1 2817280772 - Successfully |
| Nov 11, 2022 | 10:25 AM | Cameron Johnson | Invitee | Started ID Verification attempt on DESKTOP from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:25 AM | Cameron Johnson | Invitee | Stop the document for signing - ID Verification Failed |

EXHIBIT 4

| Nov 11, 2022 | 10:25 AM | Secured Signing | Secured Signing | Failed ID Verification email sent to Maribel Martinez [mmartinez@kmd.law] for doc name: 2022 11 08 Affidavit for MSJ (Johnson Cameron) BAN VNP |
|---|---|---|---|---|
| Nov 11, 2022 | 10:25 AM | Cameron Johnson | Invitee | Failed ID Verification |
| Nov 11, 2022 | 10:25 AM | Cameron Johnson | Invitee | Invitee's face could not be matched to the provided ID |
| Nov 11, 2022 | 10:16 AM | Cameron Johnson | Invitee | Started ID Verification attempt from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:15 AM | Secured Signing | Secured Signing | SMS sent to Cameron Johnson [Olliesdad2016@outlook.com] Mobile Number 1 2817280772 - Successfully |
| Nov 11, 2022 | 10:15 AM | Cameron Johnson | Invitee | Started ID Verification attempt on DESKTOP from IP Address 70.241.118.50 Country: United States Region: Texas |
| Nov 11, 2022 | 10:14 AM | Cameron Johnson | Invitee | Acknowledged the receipt of the document as an Invitee |
| Nov 11, 2022 | 10:03 AM | Maribel Martinez | Secured Signing | Video Signing Meeting: Video ID: 6aK5roQXi0 |
| Nov 10, 2022 | 4:56 PM | Maribel Martinez | Secured Signing | WeSign Invitation email sent to Cameron Johnson [Olliesdad2016@outlook.com] for doc name: 2022 11 08 Affidavit for MSJ (Johnson Cameron) BAN VNP |
| Nov 10, 2022 | 4:56 PM | Maribel Martinez | Secured Signing | WeSign Invitation email sent to Maribel Martinez [mmartinez@kmd.law] for doc name: 2022 11 08 Affidavit for MSJ (Johnson Cameron) BAN VNP |

EXHIBIT 4

| Nov 10, 2022 | 4:56 PM | Maribel Martinez | Document Owner | Added Video Signing / RON session |
| Nov 10, 2022 | 4:56 PM | Maribel Martinez | Document Owner | Started WeSign Process [Sequential: On][Document Order: On] |

**Employment Contract**
**Hardball Academy LLC**

This Employment Contract is made effective as of _____ 01/01/2020 _____, by and between Hardball Academy LLC of 728 Marbrook Saddle Lane, League City, TX 77573 and ▮Cameron Johnson▮ of ▮▮▮▮▮▮▮▮▮▮▮▮▮

A.      Hardball Academy LLC is engaged in the business of Baseball Instruction/Coaching. ▮Cameron Johnson▮▮▮▮▮will primarily perform the job duties at the following locations. 3201 Hamm Road, Pearland, TX 77573. 4807 Hwy 646, Dickinson, Texas 77539.

B.      Hardball Academy LLC. desires to have the services of ▮Cameron Johnson▮▮▮.

**1.      Employment**
Hardball Academy LLC. shall employ ▮Cameron Johnson▮▮▮▮as an Instructor/Coach. ▮Cameron Johnson▮▮▮ shall provide to Hardball Academy LLC duties as needed. ▮Cameron Johnson▮▮▮accepts and agrees to such employment, and agrees to be subject to the general supervision, advice and direction of Hardball Academy LLC. and Hardball Academy LLC's supervisory personnel.

**2.      Best Efforts of Employee.**
▮Cameron Johnson▮▮▮agrees to perform faithfully, industriously, and to the best of ▮his▮▮ability, experience, and talents, all of the duties that may be required by the express and implicit terms of this contract, to the reasonable satisfaction of Hardball Academy LLC. Such duties shall be provided at such places as the needs, business, or opportunities of Hardball Academy LLC may require from time to time.

**3.      Ownership of Social Media/Social Media Contacts**
Any social media contacts, including followers or friends that are acquired through accounts(including but not limited to email addresses, blogs, Twitter, Facebook, YouTube, or other social media networks) used or created on behalf of Hardball Academy LLC are the property of Hardball Academy LLC.

**4.      Recommendations for improving Operations**
▮Cameron Johnson▮▮▮shall provide Hardball Academy LLC with all information, suggestions, and recommendations regarding Hardball Academy LLC's business, of which ▮Cameron Johnson▮▮has knowledge, that will be of benefit to Hardball Academy LLC.

**5.      Confidentiality**
▮Cameron Johnson▮▮▮recognizes that Hardball Academy LLC has and will have information regarding the following:

-processes
-trade secrets
-customer lists

                                        HBA000206

-prices
-cost
-discounts
-business affairs
-future plans

And other vital information items (collectively, "information") which are valuable, special and unique assets of Hardball Academy LLC. Cameron Johnson agrees that he will not at any time or in any manner, either directly or indirectly, divulge, disclose, or communicate any information to any third party without the prior written consent of Hardball Academy LLC. Cameron Johnson is expected to protect the information and treat it as strictly confidential. A violation by Cameron Johnson of this paragraph shall be a material violation of this contract and will justify legal and/or equitable relief.

This agreement is in compliance with the Defend Trade Secrets Act and provides civil or criminal immunity to any individual for the disclosure of trade secrets: (i) made in confidence to a federal, state, or local government official, or to an attorney when the disclosure is to report suspected violations of the law: or (ii) in a complaint or other document filed in a lawsuit if made under seal.

**6.     Unauthorized disclosure of Information**

If it appears that Cameron Johnson has disclosed (or has threatened to disclose) information in violation of this contract, Hardball Academy LLC shall be entitled to an injunction to restrain Cameron Johnson from disclosing, in whole or in part, such information, or from providing any services to any party to whom such information has been disclosed or may be disclosed. Hardball Academy LLC shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**7.     Confidentiality after termination of employment.**

The confidentiality provisions of this Contract shall remain in full force and effect for a period of 3 years after the voluntary or involuntary termination of Cameron Johnson employment. During such periods, neither party shall make or permit the making of any public announcement or statement of any kind that Cameron Johnson was formerly employed by or connected with Hardball Academy LLC.

**8.     Non-Compete Agreement**

Cameron Johnson recognizes that the various items of information are special and unique assets of the company and need to be protected from improper disclosure. In consideration of the disclosure of inforamtion Cameron Johnson agrees and covenants that during his or her employment by Hardball Academy LLC and for a period of 3 years following the termination of Cameron Johnson; employment, whether such termination is voluntary or involuntary Cameron Johnson will not directly or indirectly engage in any business competitive with Hardball Academy LLC.

This covenant shall apply to the geographical area that includes the area within a 30 mile radius of current facilities or future facilities acquired while employed.

 HBA000207

Directly or indirectly engaging in any competitive business includes, but is not limited to: (i) engaging in a business as an owner, partner, or agent, (ii) becoming an employee of any third party that is engaged in such business, (iii) becoming interested directly or indirectly in any such business, or (iv) soliciting any customer of Hardball Academy LLC for the benefit of a third party that is engaged in such business. ~~Cameron Johnson~~ agrees hat this non-compete provision will not adversely affect ~~his~~ livelihood.

**9.     Employee's Inability to Contract for employer.**

~~Cameron Johnson~~ shall not have the right to make any contracts or commitments for or on behalf of Hardball Academy LLC. without first obtaining the express written consent of Hardball Academy LLC.

**10.     Benefits**

~~Cameron Johnson~~ shall be entitled to some employment benefits, as provided by Hardball Academy LLC's policies in effect during the term of employment. These benefits may or may not include: Health insurance, reimbursement of expenses, travel, meals, etc.

**11.     Term/Termination**

~~Cameron Johnson~~ employment under this contract shall be for ~~[ ]~~ years and the contract will automatically renew at the end of ~~[ ]~~ years unless 30 days prior written notice is given. This contract may be terminated by Hardball Academy LLC immediately with or without written notice. If ~~Cameron Johnson~~ is in violation of this contract Hardball Academy may terminate employment without notice and without compensation to ~~Cameron Johnson~~.

**12.     Termination for Disability**

Hardball Academy LLC shall have the option to terminate this Contract, if ~~Cameron Johnson~~ becomes permanently disabled and is no longer able to perform the essential functions of the position with reasonable accommodation. Hardball Academy LLC shall exercise this option by giving a 30 day written notice.

**13.     Compliance with employer's rules**

~~Cameron Johnson~~ agrees to comply with all the rules and regulations and any implemented policies of Hardball Academy LLC.

**14.     Return of Property**

Upon termination of this contract, ~~Cameron Johnson~~ shall deliver to Hardball Academy LLC all property which is Hardball Academy LLC's property or related to Hardball Academy LLC's business (including keys records, notes, data, memoranda, models, and equipment) that is in ~~Cameron Johnson~~ possession or under ~~Cameron Johnson~~ control. Such obligation may be governed by any separate confidentiality or property rights agreement signed by ~~Cameron Johnson~~.

CONFIDENTIAL                                                                                          HBA000208

**15.    Notices**

All notices required or permitted under this contract shall be in writing and shall be deemed delivered when delivered in person or on the third day after being deposited in the United States mail, postage paid, addressed as follows:

Hardball Academy LLC
Richie Beard
728 Marbrook Saddle Lane
League City, Texas 77573

Such addresses may be changed from time to time by either party. Employee must provide in writing new address within 30 days of changing to a new address.

**16.    Entire Agreement**

This contract contains the entire agreement of the parties. However, it is possible for Hardball Academy LLC to have other agreements such as but not limited to: disclosure statements, job description assignments, equipment contracts, professional growth contracts as well as any other possible addments to this agreement.

**17.    Amendment**

This contract may be modified or amended, if the amendment is made in writing and signed by both parties.

**18.    Severability**

If any provisions of this contract shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this agreement is invalid or unenforceable, but that by limitinging such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**19.    Waiver of Contractual Right**

The failure of either party to enforce any provision of this contract shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this contract.

**20.    Signatories**

This contract shall be signed by Richie Beard, President on behalf of Hardball Academy LLC and by Cameron Johnson in an individual capacity. This Contract is effective as of the date first above written.

EXHIBIT 5

Richie Beard, President
Hardball Academy LLC

Date: _02/20/20_

Employee Name (Print): Cameron Johnson

Employee Name (Signature):

Date: 02/20/20