1 | P a g e

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HARDBALL BASEBALL ACADEMY, LLC,** | § § § | |
| *Plaintiff,* | § | |
| **v.** | § § | <u>Civil Action No. 4:22-CV-01181</u> |
| | § § | |
| **CAMERON JOHNSON,** | § | |
| *Defendant.* | § | |

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

ON THIS DAY, the Court Considered Cameron Johnson's, Defendant in the above-styled and numbered cause of action ("Defendant" or "Johnson"), Motion for Partial Summary Judgment. After consideration of the Defendant's Motion, exhibits on file, and arguments of counsel, if any, this Court is of the opinion that Motion should be _____.

IT IS THEREFORE ORDERED that, Defendant's Motion for Patrial Summary Judgement is hereby _____.

SINGED this _____ day of _____, 2022.

_____
HONORABLE JUDGE PRESIDING

**APPROVED AS TO FROM AND ENTRY REQUESTED:**

KEARNEY, MCWILLIAMS & DAVIS, PLLC

/s/ *Deborah L. Crain*

Deborah L. Crain
SBN: 24067319
dcrain@kmd.law
Jamison Walters
SBN: 24098573
jwalters@kmd.law
55 Waugh Drive, #150
Houston, Texas 77077
Tel: (713) 936-9620, ext. 111
Fax: (713) 533-8055
**ATTORNEYS FOR DEFENDANT**