UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Hardball Baseball Academy

v.                                                                  Case Number: 4:22–cv–01181

Cameron Johnson

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/13/2023

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Summary Judgment – #19

Date:    December 13, 2022

                                                            Nathan Ochsner, Clerk