IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARDBALL BASEBALL ACADEMY, LLC., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 4:22-CV-01181 |
| CAMERON JOHNSON | | |
| Defendant. | | |

## ORDER

Before the Court is Defendant/Counter-Plaintiff Cameron Johnson's Motion for Partial Summary Judgment (the "Motion"). Having heard same, the Court is of the opinion that it should be denied.

It is thereby ORDERED that the Motion is DENIED.

SIGNED the _____ day of _____, 2023.

_____
ANDREW M. EDISON
United States Magistrate Judge