# *EXHIBIT A*

4841-5388-1990.7

# AFFIDAVIT

**STATE OF TEXAS** §
§
**HARRIS COUNTY** §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Richie Beard who, after being by me duly sworn on his oath, stated the following:

My name is Richie Beard. I am President of Hardball Baseball Academy ("Hardball"). I am more than twenty-one years of age and am fully competent to make this declaration. I have personal knowledge of each of the statements contained herein and they are true and correct.

For purposes of this Affidavit, I have been designated as custodian of records of Hardball. I am familiar with the manner in which Hardball's records are created and maintained by virtue of my duties and responsibilities. Attached to this Affidavit are Exhibits A-1 through A-5, which are original records or exact duplicates of records of Hardball. The records were made at or near the time of each act, event, condition or opinion set forth in the record. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth in them. It is the regular practice of Hardball to keep or make this type of record in the course of regularly conducted business activity.

FURTHER AFFIANT SAYETH NOT.

_____
RICHIE BEARD

SUBSCRIBED AND SWORN TO BEFORE ME on this the 13 day of January, 2023, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of T E X A S

AREZOO POURGAHAN
My Notary ID # 126333822
Expires November 27, 2023

4872-0849-7988.2