*EXHIBIT A-1*

4841-5388-1990.7



Hardball Academy <richie@hardballacademy.com>

## Cameron
1 message

**Cameron Johnson** <cameron@hardballacademy.com>  Tue, Sep 4, 2018 at 8:16 AM
To: richie@hardballacademy.com, josh@hardballacademy.com

Hey fellas,

I send this email with a heavy heart. I love Hardball, I love working for both of you, and I love our clients. But, I have to put my son and I's future first. I can't rely on other people's work ethic, too determine whether or not I will be able to sustain a steady income. I have to be able too justify my compensation with the work that I put in. I have to take a new opportunity where I could possible double or triple my annual income with Hardball.

Friday I accepted a new job offer. I will start between October 5th-October 12th.

However, if I'm allowed too, I will be able to continue to do 40-45 hours of lessons per month. And still continue to coach my teams. I have organized those lessons that I will keep. I will be doing 10 hours a week on Mondays and Wednesday's. I have compiled a list of the students I will be able too keep. I will share that last with Cody this afternoon.

I'm confident that over the next month, Cody and I will be able too move my other 40 hours too other instructors. I will also write up some notes on each student on where they are in their training, and what they need too work on, so that their new instructor can hit the ground running.

Again, I love this business, and the last thing I want too do is affect it negatively in any way. But, I've gotta take care of myself and my son.

I hope that you will continue to allow me to do lessons part time, and continue to coach my teams. I know I will have my hourly wages cut down, and that's ok, I just don't want too leave the business entirely.

I wanted to make the change in a professional manner, and give Cody and I a solid month to transfer those lessons too other instructors so the business is not negatively affected by my decision. I will try my very best to do so.

Sincerely,
Cam

Sent from my iPhone