*EXHIBIT A-2*

 **Cameron Johnson**

I was just trying to keep them coming in at least part time. I'll handle it whichever way you think is best.

9:21 PM

**Me** 

No I think keeping them in part time for the time being is good...maybe we can translation later.

9:22 PM

 **Cameron Johnson**

Alright. Just let me know

9:24 PM

───── Friday, Nov 23, 2018 ─────

**Me** 

Any chance you can keep fields? Trying to quit on me

4:39 PM

 **Cameron Johnson**

Yeah I can try

6:50 PM

 **Cameron Johnson**

What's their number

6:50 PM

**Me**

  Amber Fields

📱 +1 281-814-5084

She said dad was trying to get him with someone else.

7:24 PM

 **Cameron Johnson**

Ok

7:24 PM

**Me**

Also I'll talk to you mon....I signed on to the insurance thing and the guy did not come up....I saw later where he called me. I'll try again next week.

7:25 PM