*EXHIBIT A-3*

4841-5388-1990.7

**Cameron Johnson**

Sorry to waste your time man. Your monthly premium is lower than mine.. You got it figured out.

11:45 AM

**Me**

It sounds like a good plan...and the market place has doubled every year so probably within the next year or so it sounds like the option I would need to take.

12:28 PM

**Cameron Johnson**

Ok just let me know

12:38 PM

--- Wednesday, Jan 9, 2019 ---

**Cameron Johnson**

Started working for a different company for health insurance. I can get you a policy that's considerably lower than what I quoted you before.

3:13 PM

 **Cameron Johnson**

Let me know if you'd be interested

3:13 PM

**Me**

Ok see what you can get a hmo plan for. I have a ppo. I'm only paying 160/mo but high deductible and not great coverage.

3:21 PM

 **Cameron Johnson**

We don't do hmo plans.. only PPO.

196/m
Great coverage

5,000 deductible but it only applies too hospital stays

All doctors visits, surgeries, lab testing, x-rays, etc. are not subject too deductible.

Josh has this plan.

166 for your girlfriend.

5:00 PM