*EXHIBIT A-4*

4841-5388-1990.7

 **Cameron Johnson**

Hey man. Just linked up with another job. I was gonna see if I could help you out.

If I can put solar panels on your home. For FREE. Lower your energy bill up too 100 monthly, with no more power outages... ever.

Plus on top of that, every referral you give me from a homeowner I'm gonna pay you 500.

All I need to do is get a picture of your energy bill. No catch, no gimmicks. 100% legit.

2:55 PM

**Me**

Ok let's talk.

3:15 PM

 **Cameron Johnson**

Cool man. Call me when you're free.

3:18 PM



**Me**
Ok tomorrow! Thanks
8:14 PM

---

Sunday, Jun 30, 2019

**Cameron Johnson**
Hey man let's talk solar
3:24 PM

**Me**
Ok I gonna be around about 6?
3:30 PM

**Cameron Johnson**
Ok cool I'll call you then
3:31 PM

**Me**
My last bill and my 2018 bills.
8:15 PM

**Me**



8:15 PM

**Me**

| Gexa | |
|---|---|
| 1/18 | 105.39 |
| 2/18 | 106.04 |
| 3/18 | 101.00 |
| 4/18 | 100.00 |
| 5/18 | 115 |
| 6/18 | 182.61 |
| 7/18 | 255 |
| 8/18 | 297.71 |
| 9/18 | 262.33 |
| 10/18 | 240.00 |
| 11/18 | 156.00 |
| 12/18 | 119.04 |

8:15 PM

 **Cameron Johnson**

Gotcha. I'll run the proposal and get back with you tomorrow or Tuesday. Thanks man

8:17 PM

--- Monday, Jul 1, 2019 ---

 **Cameron Johnson**

Hey man can you send me a picture of the back page of your bill? I need your meter number.

9:43 AM

**Me**

I'll have to do when I get home today.

9:52 AM

 **Cameron Johnson**

No problem

9:53 AM

--- Tuesday, Jul 2, 2019 ---

 **Cameron Johnson**

Just sent my invoice.

Don't forget to send me the back page of your bill today so I can finish your proposal.

                              8:31 AM

               Me



                              8:26 PM

--- Thursday, Jul 25, 2019 ---