*EXHIBIT A-5*

4841-5388-1990.7

---- Monday, Dec 2, 2019 ----

**Cameron Johnson**

Just sent in my Novelber invoice

1:58 PM

**Cameron Johnson**

November**

1:59 PM

**Me**

Should be in your acct by the 4th.

8:55 PM

**Me**

Should be in your acct by the 4th.

8:55 PM

---- Wednesday, Dec 11, 2019 ----

**Me**

Kevin R Beard 49

Lindsay Kara Beard 43

77573

12:21 PM

---- Saturday, Dec 14, 2019 ----

**Me**

Me: Larry Lipschultz- Baylor College of medicine

Linsday: Kathleen Hanson- Family Doktors Webster

Suzen Altug Bay Area Gastro

Share Visaria Women MD webster.

1:32 PM

---

Wednesday, Feb 19, 2020

---

**Me**

Your 1099 is at Dickinson. Do you want me to take to pearland?

Also I need your paperwork. Thanks!!

11:06 AM

**Cameron Johnson**

Yes please. I'll bring my paperwork by this weekend

1:17 PM

---

Friday, Feb 21, 2020

---

 **Cameron Johnson**

Hey man, I would really appreciate an extension on paying back. The company I got hired on at put a hire hold on any new employees until further notice, so I don't have any alternate income. I did apply for unemployment insurance under the special covid-19 exception. So I'm hoping I get approved.

2:14 PM

**Me**

Ok no problem! Let's talk in the next day or two! Would you be up for some online training with clients? We are temporarily headed that direction.

3:56 PM

 **Cameron Johnson**

Yes absolutely

4:12 PM

--- Monday, Aug 3, 2020 ---