*EXHIBIT B*



Cameron Johnson

Position: Operations Supervisor
Company: GEODIS
Location: Greater Houston, United States
Experience: 10 years exp

### Contact Info:

Email: nobetterballer@aol.com, cameron.johnson@geodis.com
Phone: +1 281-728-0772

Social:

### Skills

Account Management   Cashiering   Customer Service   Data Entry   Facebook   Inventory Management
Leadership   Merchandising   Microsoft Excel   Microsoft Word   PowerPoint   Retail Sales   Sales
Social Networking   Team Leadership   Teamwork   Telephone Skills   Time Management
Visual Merchandising

### Work experience

| | |
|---|---|
| May 2020 - current time | Operations Supervisor<br>GEODIS |
| Oct 2019 - Mar 2020 | National Sales Manager<br>TreadWright Tires |
| Jan 2019 - current time | Life & Health Insurance Agent<br>Business Owner<br>Providing innovative integration of Health and Life Insurance Products |
| Apr 2014 - Feb 2017 | Sales And Service Representative<br>Kinex Medical Company, LLC |
| Jul 2013 - Mar 2014 | Account Executive<br>DigiTec Office Solutions |
| Jun 2013 - current time | Instructor<br>Hardball Baseball Academy<br>I am an Advanced Hitting/Pitching Instructor. I also coach college showcase teams, as well as younger High School Prep teams. |

### Education

| | |
|---|---|
| 2008 - 2012 | Communication and Media Studies<br>Bachelor of Science (B.S.)<br>Lamar University |
| 2007 - 2008 | Okaloosa-Walton Community College |

### Head line

Operations Supervisor at GEODIS