# EXHIBIT C

1/13/23, 2:05 PM  Cameron Johnson | LinkedIn

      



# Cameron Johnson · 3rd

Operations Supervisor at GEODIS

-  GEODIS
-  Lamar University

Greater Houston · Contact info

500+ connections

(  Message ) ( + Follow ) ( More )

## Activity

519 followers

**Cameron hasn't posted lately**
Cameron's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Operations Supervisor**
GEODIS · Full-time
May 2020 - Present · 2 yrs 9 mos
Houston, Texas, United States

**Life & Health Insurance Agent**
Business Owner
Jan 2019 - Present · 4 yrs 1 mo
Houston, Texas

Providing innovative integration of Health and Life Insurance Products

**Instructor**
Hardball Baseball Academy
Jun 2013 - Present · 9 yrs 8 mos
Houston, Texas

I am an Advanced Hitting/Pitching Instructor. I also coach college showcase teams, as well as younger High School Prep teams.

 **National Sales Manager**
TreadWright Tires · Full-time
Oct 2019 - Mar 2020 · 6 mos
Houston, Texas

 **Sales And Service Representative**
Kinex Medical Company, LLC
Apr 2014 - Feb 2017 · 2 yrs 11 mos
houston area, texas

Show all 6 experiences →

## Education

 **Lamar University**
Bachelor of Science (B.S.), Communication and Media Studies
2008 - 2012

**Okaloosa- Walton Community College**
2007 - 2008

## Skills

**Customer Service**

 Endorsed by Bradley Shaw who is highly skilled at this

23 endorsements

**Sales**

 Endorsed by Brian Dawson and 2 others who are highly skilled at this

22 endorsements

**Leadership**

 Endorsed by Kendrell Thompson who is highly skilled at this

14 endorsements

Show all 19 skills →

## Recommendations

Received   Given

 **Bobby Hard**
Outside Sales Manager at N. Dain's Sons Company, Inc.
November 6, 2013, Bobby was Cameron's client

Had the pleasure of Cameron interning one summer at the lumberyard I co-manage. He was in town for the summer playing in a D-1 college summer league. I only wished he was local so I could have hired him full time!

## Interests

Companies   Groups   Schools

 **TreadWright Tires**
283 followers
( + Follow )

 **Vinson & Elkins**
22,125 followers
( + Follow )